**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2398**

HAROLD GREEN MCKINNON,

       Plaintiff - Appellant,

      v.

J. STEWART BUTLER; STACEY E. TALLEY; JAMES MICHAEL SPELL; JAMES BERTICE SPELL; SPELL AND SON FARMS, and/or Spell and Sons Farms,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:16-cv-00264-BO)

Submitted: April 25, 2017                  Decided: April 27, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harold Green McKinnon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Green McKinnon appeals the district court's orders denying his motion titled "conspiracy to defraud" and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McKinnon v. Butler*, No. 5:16-cv-00264-BO (E.D.N.C. June 30, 2016; Nov. 15, 2016). We deny McKinnon's motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*